# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| MORGAN COUNTY, a body corporate, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                                   ) | 5:10-cv-0313-LSC |
| ) | |
| COLLIN SANDERS, JR.; UNITED ) | |
| STATES OF AMERICA; and the ) | |
| STATE OF ALABAMA ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

On June 29, 2011, the Magistrate Judge entered Findings and a Recommendation (Doc. 21) recommending that motion for a default judgment be entered pursuant to Rule 55(b), Fed. R. Civ. P., against Defendant Collin Sanders, Jr. (see Doc. 16) is due to be granted and that interpled funds on deposit with the Clerk be distributed pursuant to the terms of a Stipulation filed by Plaintiff Morgan County, Alabama; Defendant State of Alabama; and the United States of America. (*See* Doc. 14 (the "Stipulation")). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's

findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED.  Accordingly, the motion for a default judgment (Doc. 16) is due to be GRANTED and the interpled funds are due to be distributed pursuant to the terms of the Stipulation.  A separate Final Judgment will be entered.

Done this 7th day of September 2011.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458