
FILED
2011 Sep-07 PM 04:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MORGAN COUNTY, a body corporate, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:10-cv-0313-LSC |
| | ) | |
| COLLIN SANDERS, JR.; UNITED STATES OF AMERICA; and the STATE OF ALABAMA | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Pursuant to Rules 55(b) and 58, Fed. R. Civ. P., for the reasons stated in the Memorandum Opinion entered contemporaneously herewith, it is hereby ORDERED, ADJUDGED, and DECREED that the motion for a default judgment against Defendant Collin Sanders, Jr. (Doc. 16) is hereby GRANTED. Accordingly, it is ORDERED and ADJUDGED that the funds that were interpled and deposited with the Clerk on May 11, 2010 (Doc. 9) shall be distributed pursuant to the terms of a Stipulation filed by Plaintiff Morgan County, Alabama; Defendant State of Alabama, through its Department of Revenue; and Defendant United States of America, on behalf of the Internal Revenue Service, as follows:

1. The Clerk of the Court is due to retain ten percent (10%) on the interest earned on the interpled funds as an administrative fee;

2. The sum of $747.18 is due to be remitted to Plaintiff Morgan County, a body corporate, by mailing said sum to Mr. William E. Shinn, Jr., of the firm Harris, Caddell & Shanks, P.C., P.O. Box 2688, Decatur, Alabama 35602-2688; and

3. The balance of the interpleader fund is due to be remitted to the United States Department of the Treasury, by mailing said sum to Mr. Richard E. O'Neal, Assistant United States Attorney, 1801 Fourth Avenue North, Birmingham, Alabama 35203.

The Clerk is directed to close the file.

Done this 7th day of September 2011.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458